IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-0135 |
| ) | ELECTRONICALLY FILED |
| MICHAEL DELBRIDGE ) | |

**ORDER OF COURT GRANTING**
**MOTION FOR RETURN OF PROPERTY (DOC. NO. 192)**

With the consent of the government, the Court GRANTS in part and DENIES in part defendant's motion for return of property. Defendant's request for interest on the seized cash ($256.55) is denied, as there is no authority for adding interest under the circumstances of this case. In all other respects, said motion is granted. The government shall make the appropriate arrangements for return of the requested property.

**SO ORDERED** this 15th day of May, 2009.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:

all ECF registered counsel

Michael Delbridge, *pro se*
#08597-068
FCI Gilmer
P.O. Box 6000
Glanville, WV 26351